No. —, original. Ex parte FRANK CASSEL. December 7, 1936. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. Ex parte HARRY CLARK. December 7, 1936. A rule is ordered to issue, returnable within thirty days from this date, requiring the respondent to show cause why leave to file the petition for writ of habeas corpus should not be granted.

No. —, original. Ex parte GENE McCANN. December 7, 1936. Motion for leave to file petition for writ of mandamus denied.

No. 27. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ILLINOIS LIFE INSURANCE Co. December 7, 1936. It is ordered that the sentence in the second paragraph of the opinion delivered in this cause on November 9, 1936, which is as follows: "That provision is a reënactment of § 245 (a) (2), Revenue Act of 1921, which in *Helvering* v. *Insurance Co.* we held not to apply to assets reserved by a life insurance company against unmatured, unsurrendered, and unpaid coupons attached to its policies," be amended by striking therefrom the word "unmatured" and inserting in its place the word "matured." The petition for rehearing is denied. [Opinion reported as amended, *ante,* p. 88.]